FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/02/2020
JEFFREY P. COLWELL, CLERK

Federal Court Denver CO

_____ COURT Gilpin _____ COUNTY, COLORADO

CASE NUMBER: D0242020CR   DIVISION: _____
000071

---

**WRIT OF HABEAS CORPUS**

---

PEOPLE OF THE STATE OF COLORADO, PLANTIFF

v.

Joshua Hursa , DEFENDANT.

---

This matter comes before this court pursuant to the Habeas Corpus Act. The defendant Pro Se, requests this Honorable Court to issue a writ provided for in C.R.S. 13-45-101(1) to the superintendent, sheriff, jailer, keeper or other person in whose custody the prisoner is detained to produce the body of said defendant and to bring the same before this court for disposition of case number D0242020 CR 000071 and for grounds the defendant states the following:

1. The defendant requests a final disposition of the untried information and complaint in the above captioned case.

WHEREFORE; the defendant respectfully requests this court to grant relief in the nature of a Writ of Habeas Corpus.

Respectfully Submitted;

_____   Aug 30 2020
DEFENDANT                                         DATE

STATE OF COLORADO
SS
COUNTY OF GILPIN

SUBSCRIBED AND SWORN BEFORE ME THIS 31st DAY OF August, 20 20.

_____
NOTARY PUBLIC

William Varnell
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20084004866
MY COMMISSION EXPIRES 2/11/24

Joshua S. Hursa
Gilpin County Jail
2960 Dory Hill Rd.
Black Hawk, CO 80424

DENVER CO 802
31 AUG 2020 PM6

Alfred A. Arraj U.S. Courthouse
901 9th St.
Denver, CO 80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 02 2020

JEFFREY P. COLWELL
CLERK

80294-3589

