Joshua S. Hursa
Gilpin County Jail
2960 Dory Hill Road #350
Black Hawk CO 80422

Sept 18 2020

Re: Case No 20-CV-02685-DPG

UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2020

JEFFREY P. COLWELL
CLERK

To the Honorable Gordon P. Gallagher —

I am in reciept of your Sept 4th letter stating ~~that a civil action has been opened in response to my writ of Habeas Corpus. I am filing this~~ court case Pro Se. I am both indigent as well as gravely disabled. I am not capable of printing Federal Forms as a prisoner in the Gilpin County Jail but wish to procede with a civil action against Black Hawk Police Department and the Gilpin County Jail/Sheriff. There are numerous due process AND civil rights violations that I have experienced since August 21st. I will detail my violations below:

- Black Hawk police twisted my handcuffs - leaving my wrist (left wrist) in constant, excruciating pain. I was <u>not</u> resisting arrest

- Black Hawk PD did <u>not</u> place me on a MI hold despite having schizophrenia. It was obvious I was in crisis. This violates CRS 27-65-101

- I was deprived of my glasses by Black Hawk PD + the Gilpin Sheriffs Office for five days

over →

- I was not properly mirandized upon intake
- Once in the jail I was deprived of FOOD AND WATER for 48-60 hours
- Deputy Rey + Sgt. Windholtz both assaulted me. Rey came into cell 2 while I was peeing + twisted my arm. AND Sgt Windholtz pushed me into a concrete wall resulting in a cut on my back
- My 6th Amendment right to counsel is violated daily as I cannot reach my attorney - AND when I do speak with him he refused to argue/communicate my wishes to the court
- Despite showing signs of a severe mental illness I am not able to speak with/get medicated by a psychiatrist.

These transgressions leave me unable to properly aid in my own defense. Judge Taylor set an excessive bond severely limiting my ability to get medical attention on my own. I wish to sue Black Hawk PD + the Gilpin Sheriffs office for $5,000,000 AND ask the court to release me on a P.R. Bond so I may find an attorney to represent me in this matter

Sincerely + Respectfully yours

Joshua S Hursa

Hutsa
Gilpin County Jail
2960 Dory Hill Rd #350
Black Hawk CO 80422

Hon Gordon Gallagher
US District Court
901 19th Street, Rm A105
Denver CO 80294-3589

MAILED FROM
GILPIN COUNTY JAIL

DENVER CO
19 SEP 2020